UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON R. TERHUNE, | No. 2:15-cv-1738 TLN KJN P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZARRAGA, et al., | |
| Defendants. | |

Defendant Pace has filed a motion to modify the scheduling order in this case to allow him additional time to conduct discovery and file a motion for summary judgment.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the scheduling order in this case (ECF No. 21) is granted;

2. The parties shall complete discovery on or before September 1, 2016. Any motions necessary to compel discovery shall be filed by that date;

3. The parties shall file all pretrial motions on or before November 19, 2016. Motions shall be briefed in accordance with paragraph 8 of this court's order filed November 12, 2015; and

/////

/////

1

1         4.  Except as stated in this order, the court's February 5, 2016, scheduling order remains in
2  effect.
3  Dated:  May 2, 2016

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

terh1738.41mod