KAMALA D. HARRIS
Attorney General of California
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General
JOHN M. FESER JR.
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5118
 Fax:  (916) 322-8288
 E-mail:  John.Feser@doj.ca.gov
*Attorneys for Defendant Adam Pace, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CAMERON R. TERHUNE,**<br><br>Plaintiff,<br><br>v.<br><br>**JOE LIZARRAGA, et al.,**<br><br>Defendants. | 2:15-cv-1738  TLN DB<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO EXTEND THE DISCOVERY DEADLINE**<br><br>**[DOCKET NOS. 17, 22]** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the request (ECF No. 29) of Defendant Adam Pace, M.D. to modify the Court's Scheduling Order to continue the discovery deadline is hereby GRANTED.

The discovery cut-off is hereby extended to <u>November 18, 2016</u>.

Dated:  October 20, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1
2
3   DLB:9
    DLB1/prisoner-civil rights/terh1738.so eot
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28