UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON R. TERHUNE,<br><br>Plaintiff,<br><br>v.<br><br>JOE LIZARRAGA, et al.,<br><br>Defendants. | No. 2:15-cv-1738 TLN DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff claims defendant failed to provide adequate medical care in violation of his rights under the Eighth Amendment. In their respective pretrial statements both parties indicate that they are willing to participate in a settlement conference. (ECF Nos. 44, 45.)

Pursuant to Local Rule 270(b) both parties must affirmatively request that the assigned magistrate judge participate in a settlement conference and waive in writing any claim of disqualification on that basis. The parties will be directed to file a response to this order confirming that they are still willing to participate in a settlement conference and that they are willing to have the undersigned preside over the settlement conference.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of service of this order plaintiff shall complete and return the attached form notifying the court whether he is willing to participate in a settlement conference, agrees to have the assigned magistrate judge participate in the conference, and waives any claim of disqualification on that basis pursuant to Local Rule 270(b).
2. Within fourteen days of service of this order defendant shall file a written response confirming that he is willing to participate in a settlement conference, agrees to have the assigned magistrate judge participate in the conference, and waives any claim of disqualification on that basis pursuant to Local Rule 270(b).

Dated: December 6, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/terh1738.setconf

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON R. TERHUNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOE LIZARRAGA, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1738 TLN DB P<br><br><br>ORDER |

Check one:

\_\_\_\_\_　Plaintiff is willing to participate in a settlement conference.

\_\_\_\_\_　Plaintiff is not willing to participate in a settlement conference.

Check one:

\_\_\_\_\_　Plaintiff is willing to have the assigned magistrate judge preside over the settlement conference and waives any claim of disqualification on that basis.

\_\_\_\_\_　Plaintiff is not willing to have the assigned magistrate judge preside over the settlement conference.

DATED:_____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cameron Terhune
　　　　　　　　　　　　　　　　　　　　　　　Plaintiff pro se