UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON R. TERHUNE,<br><br>Plaintiff,<br><br>v.<br><br>JOE LIZARRAGA, et al.,<br><br>Defendants. | No. 2:15-cv-1738 TLN DB P<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has determined that this case would benefit from a settlement conference. Both parties have requested the undersigned conduct the settlement conference and waived in writing any claim of disqualification on that basis pursuant to Local Rule 270(b). (ECF Nos. 47, 48.) Therefore, the undersigned will conduct a settlement conference on February 27, 2019, at 10:00 a.m., at the Robert T. Matsui Federal Courthouse, 801 I Street, Courtroom 27, Sacramento, California 95814.

Plaintiff shall have the option to appear at the settlement conference in person or by video conference. In the event video conferencing capabilities are unavailable, plaintiff may appear by telephone. Plaintiff will be required to return the attached form advising the court how he would like to appear at the settlement conference so that the court may issue the appropriate orders. A

////

1

separate order and writ of habeas corpus ad testificandum will issue once it has been determined how plaintiff will appear.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Barnes on February 27, 2019 at 10:00 a.m., at the Robert T. Matsui Federal Courthouse, 801 I Street, Courtroom 27, Sacramento, California 95814.

2. Each party must have a principle with full and unlimited authority to negotiate and enter into a binding settlement attend. Defendants' principle must attend in person.

3. Plaintiff shall have the choice to attend the settlement conference in person or by video. Within ten days of this order, plaintiff shall return the attached form notifying the court whether he would like to attend the settlement conference in person or by video. If plaintiff chooses to appear by video and video conferencing is not available, he may appear by telephone. If plaintiff does not return the form telling the court how he would like to attend the conference, the court will issue orders for plaintiff to appear by video.

4. Those in attendance must be prepared to discuss the claims, defenses, and damages. The failure of any counsel, party, or authorized person subject to this order to appear in person may result in the imposition of sanctions.

5. Each party shall provide a confidential settlement statement to chambers, no later than February 20, 2019, via e-mail to dborders@caed.uscourts.gov. If plaintiff is unable to access the internet, he shall, on or before February 13, 2019, send his statement to the court by mail at 501 I Street, Sacramento, CA 95814, and indicate on the envelope and on the face of the statement that it is a confidential communication to Magistrate Judge Barnes. Such statements shall not be filed with the Clerk or served on the opposing party. However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

Dated: January 2, 2019

LB:12
DLB:1/Orders/Prisoner/Civil.Rights/terh1738.Settlement.option.no.waiver

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON R. TERHUNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOE LIZARRAGA, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1738 TLN DB P<br><br>PLAINTIFF'S NOTICE ON TYPE OF APPEARANCE AT SETTLEMENT CONFERENCE |

Check one:

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference in person.

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference by video/telephone.

DATED:_____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Cameron R. Terhune
　　　　　　　　　　　　　　　　　　　　　Plaintiff pro se