UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON R. TERHUNE, <br><br> Plaintiff, <br><br> v. <br><br> JOE LIZARRAGA, et al., <br><br> Defendants. | No. 2:15-cv-1738 TLN DB P <br><br><br> ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court previously determined that this case would benefit from a settlement conference and ordered the parties to participate in a settlement conference on February 27, 2019. (ECF No. 49.) Counsel for defendant has informed the court that counsel is scheduled to begin trial in a separate matter on February 26, 2019 and requested the settlement conference be reset for March 27, 2019. (ECF No. 51.)

Good Cause appearing, IT IS HEREBY ORDERED that:

1. This case is reset for a settlement conference before Magistrate Judge Barnes on March 27, 2019 at 10:00 a.m., at the Robert T. Matsui Federal Courthouse, 501 I Street, Courtroom 27, Sacramento, California 95814.
2. Each party must have a principle with full and unlimited authority to negotiate and enter into a binding settlement attend. Defendants' principle must attend in person.

3. Those in attendance must be prepared to discuss the claims, defenses, and damages. The failure of any counsel, party, or authorized person subject to this order to appear in person may result in the imposition of sanctions.

4. Each party shall provide a confidential settlement statement to chambers, no later than March 20, 2019, via e-mail to dborders@caed.uscourts.gov. If plaintiff is unable to access the internet, he shall, on or before March 13, 2019, send his statement to the court by mail at 501 I Street, Sacramento, CA 95814, and indicate on the envelope and on the face of the statement that it is a confidential communication to Magistrate Judge Barnes. Such statements shall not be filed with the Clerk or served on the opposing party. However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

Dated: January 13, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/terh1738.Set.date