UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CAMERON R. TERHUNE,
      Plaintiff,

vs.

No. 2:15-cv-1738 TLN DB P

LIZARRAGA et al.,
      Defendants.
_____/

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Cameron R. Terhune, inmate # AD-0786, a necessary and material witness in proceedings in this case on March 26, 2019, is confined in Correctional Training Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge Deborah Barnes to appear by video-conferencing at Correctional Training Facility on Tuesday, March 26, 2019, at 11:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Correctional Training Facility, fax number (831) 678-5866.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, Correctional Training Facility, Soledad Prison Road, Soledad, CA 93960:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 20, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders.Prisoner.Civil Rights/terh1738.841(vid)