UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON R. TERHUNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOE LIZARRAGA, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1738 TLN DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. On March 26, 2019, the undersigned held a settlement conference in the above titled action. (ECF No. 56.) During the settlement conference the parties reached an agreement. The undersigned is now in receipt of a letter from the plaintiff stating he has not received the settlement payment. Based on the statements in the letter, the court will direct the defendant to file a response indicating the status of the settlement payment.

////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendant shall file and serve a statement reflecting the status of the settlement payment, including all appropriate declarations and/or documents, as well as a copy of plaintiff's prison trust account.

Dated: April 7, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/terh1738.set.osc